JORDAN S. ALTURA (SBN: 209431)
**GORDON REES SCULLY MANSUKHANI**, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
jaltura@grsm.com
dkubasak@grsm.com

Attorneys for Defendant
**THE STANDARD INSURANCE COMPANY**

MATTHEW R. SCHOECH (SBN 234774)
**SCHOECH LAW GROUP, PC**
4020 Lennane Drive, Ste. 102
Sacramento, California 95834
Telephone: (916) 569-1940
Facsimile: (916) 569-1939

JONATHAN A. SAUL (SBN 189271)
**JONATHAN SAUL & ASSOCIATES**
4020 Lennane Drive, Ste. 102
Sacramento, California 95834
Telephone: (916) 569-1940
Facsimile: (916) 569-1939

Attorneys for Plaintiff
**STEPHANIE AMEY**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE M. AMEY,<br><br>      Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY, an Oregon Corporation, and DOES 1 through 30, inclusive,<br><br>      Defendants. | CASE NO: 2:17-cv-02299-MCE-CKD<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER THEREON**<br><br>Trial Date: None Set |

1

WHEREAS the parties have executed a Confidential Settlement and Release Agreement;

WHEREAS Plaintiff STEPHANIE M. AMEY has agreed to dismiss this action I its entirety, with prejudice, under Federal Rules of Civil Procedure, Rule 41(a)(2); and

WHEREAS the parties to this action agree that each side is to bear its own fees and costs in this matter;

The parties to this action agree, through their respective attorneys, that Plaintiff STEPHANIE M. AMEY dismisses this action in its entirety, with prejudice.

**IT IS SO STIPULATED**:


Dated: 8/14/2018  SCHOECH LAW GROUP, PC
By:/S/ Matthew R. Schoech --- -
MAITHEW R. SCHOECH
Attorney for Plaintiff
STEPHANIE AMEY


Dated: 8/14/2018  GORDON & REES LLP
By /S/ Jordan S. Altura
Attorney for Defendant
THE STANDARD INSURANCE COMPANY

# ORDER

In accordance with the foregoing stipulation pursuant to Federal Rule of Civil Procedure 41(a)(2);, and good cause appearing, this matter is hereby dismissed with prejudice, each side to bear its own attorney fees and costs. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: August 29, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE